AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One Motorola i425 Cellular Telephone
Black in color; without photo capabilities

**SEARCH WARRANT**

Case Number: **'08 MJ 8731**

## NOT FOR PUBLIC VIEW

TO: **CRAIG MOORE** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **CRAIG MOORE** / Affiant / who has reason to believe

that ✓ on the person of, or ☐ on the premises known as (name, description and/or location)

**REFER TO ATTACHMENT A**

in the **SOUTHERN** District of **California** there is now concealed a certain person or property, namely (describe the person or property)

**REFER TO ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **8/25/08**
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime — 6:00 AM to 10:00 P.M. ~~at anytime in the day or night as I find reasonable cause has been established~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**Peter C. Lewis** as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**8/15/08 @ 1:24 pm** at **El Centro, CA**
Date and Time Issued                      City and State

**JAY R IRWIN**, U.S. Magistrate Judge
Name and Title of Judge                    Signature of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: 08 MJ 8731 |
|---|---|
| DATE WARRANT RECEIVED<br>8/15/2008 | DATE AND TIME WARRANT EXECUTED<br>8/22/2008 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Left in evidence bag with cell phone |

INVENTORY MADE IN THE PRESENCE OF
Craig Moore, Task Force Officer / Terry Raio, Special Agent, Drug Enforcement Administration

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Six (6) telephone numbers recovered from contact list
Three (3) telephone numbers recovered from incoming calls list
Eight (8) telephone numbers recovered from outgoing calls list
Four (4) text messages recovered from text message sent box
Individual cellular telephone number recovered from cell phone
Individual PTT direct connect number recovered from cell phone

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    Sept. 4, 2008
Signature of Judge                          Date

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

One black in color Motorola i425 cellular phone without photo capabilities, that was found on the person of Fernando RODRIGUEZ-Mendoza upon his arrest at the United States Border Patrol Highway 86 Checkpoint near Westmorland, California.



The above displayed cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

- a. telephone numbers of incoming/outgoing calls stored in the call registry

- b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

- c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

- d. telephone subscriber information; and

- e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846